RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 23a0032p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

SAMUEL FIELDS,

        *Petitioner-Appellant,*

     *v.*

SCOTT JORDAN, Warden,

        *Respondent-Appellee.*

No. 17-5065

On Petition for Rehearing En Banc
United States District Court for the Eastern District of Kentucky at Pikeville.
No. 7:15-cv-00038—Karen K. Caldwell, District Judge.

Decided and Filed:  February 22, 2023

Before:  SUTTON, Chief Judge; MOORE, CLAY, GIBBONS, GRIFFIN, KETHLEDGE, STRANCH, BUSH, LARSEN, NALBANDIAN, READLER, MURPHY, DAVIS, and MATHIS, Circuit Judges.[*]

_____

**COUNSEL**

_____

**ON PETITION FOR REHEARING EN BANC:**  Matthew F. Kuhn, OFFICE OF THE KENTUCKY ATTORNEY GENERAL, Frankfort, Kentucky, for Appellee.  **ON RESPONSE:** Daniel E. Kirsch, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Kansas City, Missouri, for Appellant.

_____

**ORDER**

_____

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case.  Sixth Circuit Rule 35(b) provides as follows:

---

[*]Judge Thapar recused himself from participation in this decision.

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

_____

Deborah S. Hunt, Clerk